CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED
4/3/2020
JULIA C. DUDLEY, CLERK
BY: s/ J. Vasquez
DEPUTY CLERK

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

## Return

| Case No.:<br>5:20-mj-00007 | Date and time warrant executed:<br>14 Feb 2020 | Copy of warrant and inventory left with: |
|---|---|---|

| Inventory made in the presence of : |
|---|

| Inventory of the property taken and name(s) of any person(s) seized: |
|---|

A SUS laptop previously seized by FBI.
Evidence turned over to the Richmond FBI Computer
Analysis Response Team (CART.)

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 14 Feb 2020

_____
Executing officer's signature

Matt Uctson Special Agent

_____
Printed name and title

Received in chambers by reliable electronic means on April 3, 2020.

USMJ